Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELSA MARIA VILLAESCUSA,<br><br>              Plaintiff,<br><br>v.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>              Defendant | Case No. SACV 16-0725 AG (FFMx)<br><br><br><br>NOTICE OF SETTLEMENT<br><br><br>**Date:  n/a**<br>**Time: n/a**<br>**Before: Hon. Andrew J. Guilford** |

NOTICE OF SETTLEMENT

1

COMES NOW THE PLAINTIFF, ELSA MARIA VILLAESCUSA, who respectfully notifies the Court that the above captioned case has settled. All claims between the parties have been fully and completely resolved by agreement of the parties.

Plaintiff requests that the Court vacate all pending hearing dates, and that the parties be permitted a period of sixty (60) days to file dispositive pleadings and documents in the case.

The parties anticipate that a Dismissal will be submitted to the Court within the requested sixty-day window.

Dated this 17 June 2016.

**M Jones and Associates, PC**
Attorneys for Plaintiff

_____
Michael Jones